**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| J&J Sports Productions, Inc., | Civ. No. 11-3316 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Luis Paucar, individually and d/b/a La Vina Restaurant, La Vina Inc., d/b/a La Vina Restaurant, and John Does I-V, | |
| Defendants. | |

---

The Court having been advised that Defendant Luis Paucar has filed a bankruptcy petition in the United States Bankruptcy Court for the District of Minnesota, **IT IS ORDERED** that this action is **STAYED,** as to Paucar only, pursuant to 11 U.S.C. § 362. It is further **ORDERED** that Plaintiff's counsel shall (1) advise the Court in writing, on or before April 9, 2012, whether Plaintiff intends to prosecute this action against the remaining Defendants and (2) provide periodic updates to the Court regarding the status of Paucar's bankruptcy case.

Dated: March 28, 2012                    s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge